**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ANTHONY JOHNSON, | : | No. 115 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus or Extraordinary Relief is DENIED.